# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anita Bargen, an individual,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>Laboratory Corporation of America Holdings, d/b/a LabCorp, a Delaware corporation,<br>　　　　　　　　　　　　Defendant, | NO. CV-13-02007-PHX-DGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the parties' Stipulation for Dismissal with Prejudice (Doc. 26),

**IT IS ORDERED:**

That this case and all claims in this case against Defendant Laboratory Corporation of America Holdings, d/b/a LabCorp, are dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 2nd day of April, 2014.

_____
David G. Campbell
United States District Judge

1